FILED
HARRISBURG, PA

APR 11 2018

PER_____ _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 4:17-CR-242 |
| | : | |
| v. | : | |
| | : | (BRANN, J.) |
| LEONARD MAURICE LEWIS, | : | |
| | : | |
| Defendant. | : | |

## SUPERSEDING INDICTMENT

## COUNT 1

### (Distribution of Marijuana)

THE GRAND JURY CHARGES:

On or about April 26, 2017, in Northumberland County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### LEONARD MAURICE LEWIS,

knowingly and intentionally distributed marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841.

On or about March 29, 2017, in Northumberland County, within the Middle District of Pennsylvania and elsewhere, the defendant,

LEONARD MAURICE LEWIS,

did attempt to employ, use, persuade, induce, entice, and coerce, John Doe, a minor male, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate or foreign commerce, and that such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

COUNT 3

(Attempted Coercion and Enticement of
Minor to Engage in Sexual Activity)

On or about March 29, 2017, in Northumberland County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

LEONARD MAURICE LEWIS,

did attempt to use facilities and means of interstate and foreign commerce, namely, the internet and a computer device, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse of Children, in violation of Pennsylvania Consolidated Statute, Title 18 Section 6312(b), and Sexual Exploitation of Children, in violation of Title 18, United States Code, Sections 2251(a) and (e).

All in violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

### (Attempted Coercion and Enticement of Minor to Engage in Sexual Activity)

On or about July 14, 2017 through on or about July 17, 2017, in Dauphin County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

## LEONARD MAURICE LEWIS,

did attempt to use facilities and means of interstate and foreign commerce, namely, the internet and a computer device, to knowingly persuade, induce, entice, and coerce an individual who had not attained

-3-

the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Exploitation of Children, in violation of Title 18, United States Code, Sections 2251(a) and (e).

All in violation of Title 18, United States Code, Section 2422(b).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5

### (Production and Distribution of Obscene Visual Representations of the Sexual Abuse of Children)

On or about March 29, 2017, in Northumberland County, within the Middle District of Pennsylvania, and elsewhere, the defendant,

### LEONARD MAURICE LEWIS,

did knowingly produce and distribute obscene visual depictions, namely, a digital image or picture, computer image or picture, or computer generated image or picture, whether made or produced by electronic, mechanical or other means, of a minor engaging in sexually explicit conduct, as that term is defined in 18 U.S.C. § 2256(2)(A), to wit, sexual intercourse and lascivious exhibition of the genitals or pubic area of any person, in the circumstances specified in 18 U.S.C. §§ 1466A(d)(1) and (d)(4).

All in violation of Title 18, United States Code, Sections 1466A(a),

(1)(A), (B) and (2)(A), (B).

A TRUE BILL



FOREPERSON, GRAND JURY

DAVID J. FREED
UNITED STATES ATTORNEY

By: _Chelsea Sch_____    _2018 - APR - 11_
CHELSEA B. SCHINNOUR        DATE
ASSISTANT U.S. ATTORNEY