FILED
HARRISBURG, PA

APR 11 2018

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 4:17-CR-242 |
| v. | : | |
| | : | (BRANN, J.) |
| LEONARD MAURICE LEWIS, | : | |
| Defendant. | : | (ELECTRONICALLY FILED) |

## NOTICE REGARDING SUPERSEDING INDICTMENT

AND NOW, pursuant to LCrR. Rule 7.1, the United States submits the following Notice Regarding the Superseding Indictment filed in this matter, identifying for the Court and the defendant the differences between the current, Superseding Indictment returned by the Grand Jury and the prior Indictment:

1. With respect to Count 3, the Superseding Indictment adds the following language:

   "charged with a criminal offense, namely, Criminal Sexual Act in the Third Degree, in violation of New York Penal Law Section 130.40."

2. With respect to Count 3, the Superseding Indictment adds the following language:

"On or about July 14, 2017 through on or about July 17, 2017"

"charged with a criminal offense, namely, Sexual Exploitation of Children, in violation of Title 18, United States Code, Sections 2251(a) and (e).

3. Regarding this Superseding Indictment, the United States

_____ Intends to file a motion for a continuance of trial.

  X   Does not intend to file a motion of for a continuance of trial.

The United States hereby places the defendant on notice that this Superseding Indictment contains these revisions to the charges initially filed in this case.

Respectfully submitted,

David J. Freed
United States Attorney

By:   /s/ Chelsea Schinnour
      CHELSEA SCHINNOUR
      Assistant U.S. Attorney
      CO#43517
      228 Walnut Street
      P.O. Box 11754
      Harrisburg, PA 17108
      717/221-4482 (Office)
      717/221-2246 (Fax)

Chelsea.B.Schinnour@usdoj.gov